

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PEBBLE HILLS PLAZA, LTD/ASLM LTD, | § | No. 08-22-00128-CV |
| | § | Appeal from the |
| Appellant, | § | 41st District Court |
| v. | § | of El Paso County, Texas |
| ASLM LTD/ PEBBLE HILLS PLAZA LTD, | § | (TC# 2022DCV1639) |
| | § | |
| State. | | |

## **O R D E R**

The Court GRANTS the Appellee/Cross Appellant's third motion for extension of time within which to file the brief until **October 13, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE/CROSS APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Casey S. Stevenson, the Appellee/Cross Appellant's attorney, prepare the Appellee/Cross Appellant's brief and forward the same to this Court on or before October 13, 2022.

IT IS SO ORDERED this 26th day of September, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.